```
 1  Michael L. Mallow, SBN 188745
    KIRKPATRICK & LOCKHART LLP
 2  10100 Santa Monica Boulevard
    Seventh Floor
 3  Los Angeles, CA 90067
    (310) 552-5000
 4  Fax: (310) 552-5001
 5
    Jerry S. McDevitt
 6  Mark A. Rush
    Lucas G. Paglia
 7  KIRKPATRICK & LOCKHART LLP
    Henry W. Oliver Building
 8  535 Smithfield Street
    Pittsburgh, PA 15222-2312
 9  (412) 355-8333
10  Fax: (412) 355-6501
11  Attorneys for Plaintiff, XFL, LLC
```





UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XFL, LLC,<br><br>   Plaintiff,<br><br>   vs.<br><br>VARIOUS JOHN AND JANE DOES, AND VARIOUS XYZ CORPORATIONS, and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 01-01534-DT (CTx)<br><br>[PROPOSED] PRELIMINARY INJUNCTION AND ORDER OF SEIZURE |

This action having been commenced on February 15, 2001, by the filing of a Verified Complaint and Application for Temporary Restraining Order and Order for Seizure of Counterfeit Marked Goods, and this Court having issued on February 16, 2001, a

- 1 -

Temporary Restraining Order, Order for Seizure of Counterfeit Marked Goods, and Order to Show Cause Re Preliminary Injunction, enjoining and restraining Defendants from manufacturing, assembling, selling, offering for sale, distributing, or offering to distribute any goods that bear any mark, word, or name confusingly similar to any XFL trademarks or service marks, and ordering the seizure of such goods sold in the vicinity of any venue where an XFL game shall be occurring, including but not limited to the XFL games at the Memorial Coliseum in Los Angeles, the service of the Summons and Verified Complaint and said Seizure Order having been effected on various individual Defendants, and a hearing on Plaintiff's Application for Preliminary Injunction and Order of Seizure being heard before this Court on March 2, 2001, and Michael L. Mallow, Esq. and Mark A. Rush, Esq., appearing on behalf of Plaintiff and there being no appearances on behalf of any Defendants in opposition thereto, and no Defendants having answered or moved with respect to Plaintiff's Verified Complaint and/or Application or having filed any responsive papers regarding same;

NOW, on presentation and consideration of Plaintiff's Application for Preliminary Injunction and Order of Seizure, the Memorandum of Law and Declarations submitted in support thereof, and the entire record of this case, the Court makes the following findings of fact and conclusions of law and GRANTS Plaintiff's Application.

1. Plaintiff is the owner of the trademarks and service marks set forth in Exhibit 1 hereto, including but not limited to XFL, and the XFL logo, (the "XFL Marks"). The XFL Marks are distinctive and are widely recognized by the public. Goods that

bear any mark, word, or name identical or confusingly similar to any of the XFL Marks shall be known herein as the "Enjoined Goods."

2. Plaintiff has the exclusive right to apply and license others to apply the XFL Marks to goods and to use the XFL Marks in connection with rendering services.

3. Defendants are not licensed by Plaintiff to use the XFL Marks.

4. Defendants, and those acting in concert or participation with them, have infringed the XFL Marks and have and will continue to commit unfair competition against Plaintiff by manufacturing, distributing, offering for sale, and selling Enjoined Goods, on the premises or within a five-mile radius of the stadiums, coliseums, or other venues where XFL games occur, including but not limited to the XFL games to be held at the Memorial Coliseum in Los Angeles, California, through April 21, 2001.

5. The Enjoined Goods are goods bearing "counterfeit marks" within the meaning of 15 U.S.C. § 1116(d) or otherwise bearing unauthorized copies of Plaintiff's valid and enforceable XFL Marks.

6. Distribution, sale or offering the sale of the Enjoined Goods would cause confusion or mistake or be likely to deceive and would constitute trademark infringement under 15 U.S.C. § 1114.

7. Distribution, sale, or offering the sale of the Enjoined Goods would constitute false designation of origin under 15 U.S.C. § 1125(a).

8. Under 15 U.S.C. § 1116(a), this Court has the power to enjoin trademark infringement under 15 U.S.C. §§ 1114 and 1125(a).

PI-659844 v1 0226660-0101
RECYCLED PAPER

9. This Court has the power to grant a seizure order for goods that bear counterfeits of federally registered trademarks and service marks under 15 U.S.C. § 1116(d).

10. This Court has the power under the All Writs Act, 28 U.S.C. § 1651, to grant a seizure order for goods that are infringing but are not counterfeits within the meaning of 15 U.S.C. § 1116(d).

11. No order other than an *ex parte* seizure order would adequately achieve the objectives of the Lanham Act, 15 U.S.C. §§ 1114, 1116 and 1125(a).

12. Plaintiff is likely to succeed in showing that Defendants have used counterfeit or infringing marks in connection with the sale, offering for sale or distribution of goods or services.

13. Plaintiff will suffer immediate and irreparable injury and will have no adequate remedy at law if this Court declines to grant a Preliminary Injunction and Seizure Order.

14. The Enjoined Goods and other materials subject to this Seizure Order were and will be located on the premises or within a five-mile radius of the stadiums, coliseums, or other venues where XFL games shall be occurring, including but not limited to the Memorial Coliseum in Los Angeles, California.

15. The harm to Plaintiff should this Court not grant the requested Seizure Order clearly outweighs any harm which the Defendants might incur if the Seizure Order is granted.

It is accordingly ORDERED and ADJUDGED that:

1. The Defendants, various John and Jane Does and various XYZ Corporations, along with his, her, and their partners, associates, agents, servants, employees, representatives, and

- 4 -

1  assigns, and all others under his, her, or their control or in
2  active concert or participation with him, her, or them, and all
3  other persons and entities having actual knowledge hereof be, and
4  the same hereby are, ENJOINED and RESTRAINED from:

5      (a)  manufacturing, assembling, selling, offering for sale,
6  distributing, or offering to distribute any Enjoined Goods which
7  have not been authorized by Plaintiff and which bear any of the
8  trademarks and service marks of Plaintiff set forth in Exhibit 1
9  hereto or any marks confusingly similar thereto, including but not
10 limited to XFL and the XFL logo; and

11     (b)  representing by any method whatsoever that the Enjoined
12 Goods were sponsored, manufactured, sold, or licensed by Plaintiff
13 and otherwise taking any action likely to cause confusion, mistake,
14 or deception on the part of the public as to the origin of the
15 Enjoined Goods.

16     2.  Any federal, state, or local law enforcement officer,
17 and/or Plaintiffs, and/or Plaintiff's duly authorized security
18 team, MDB International LLC - including without limitation Anthony
19 Daniels, Lee Poinier, James Perry, Thomas Fry, William C. Fleming,
20 Graham J. Desvernine, Peter J. Wacks, Robert A. Scigalski, Edward
21 J. Bodigheimer, Robert P. Campbell, Donald E. Wright, William F.
22 Hutton and/or Thomas J. Bara - and/or Plaintiff's attorneys,
23 Kirkpatrick & Lockhart LLP, and/or all persons acting under the
24 supervision and control thereof (collectively "Enforcement
25 Officials") are hereby authorized and directed to seize and
26 maintain in their custody and control any and all Enjoined Goods
27 and counterfeit marks, and the means of making them and records
28 documenting the manufacture, sale or receipt of things relating

- 5 -

thereto, in the possession, dominion, or control of Defendants, their agents or persons acting in concert or participation with them, including all such Enjoined Goods and counterfeit marks located in or on any containers, vessels, storage areas or motor vehicles, and all Enforcement Officials acting hereunder are further authorized, based on probable cause, to reasonably enter into and upon, and if necessary, to temporarily detain, any such containers, vessels, storage areas or motor vehicles for the purpose of seizing any and all such Enjoined Goods and counterfeit marks contained therein.

3. No Enforcement Official may enter into and upon, nor, if necessary, detain, any such containers, vessels, storage areas, or motor vehicles unless he or she does so in the presence of and under the supervision of a United States Marshal or other federal, state, or local law enforcement official.

4. The Enforcement Officials, acting under the supervision and control of a federal, state, or local law enforcement officer in accomplishing such seizure, shall employ whatever reasonable force is necessary to open, enter, and inspect the contents of any such containers, vessels, storage areas, or motor vehicles, regardless of whether said containers, vessels, storage areas, or motor vehicles are locked or unlocked or occupied or unoccupied and are authorized to seize said containers, vessels, storage areas, or motor vehicles if necessary to accomplish such seizure of the Enjoined Goods.

5. The Enforcement Officials acting hereunder are authorized and directed to carry out the foregoing on the premises or within a five-mile radius of the stadiums, coliseums, or other venues where

- 6 -

1  XFL games shall be occurring, as listed in Exhibit 2 hereto, from
2  twenty-four (24) hours before the games until twenty-four (24)
3  hours after the games, including but not limited to XFL games at
4  Memorial Coliseum in Los Angeles, California, through April 21,
5  2001.

6      6.  All Enjoined Goods, all means of making such Enjoined
7  Goods, all records, and any other materials seized hereunder shall
8  be delivered up to the care and custody of Plaintiff or Plaintiff's
9  attorneys.  The seized goods shall be kept in identifiable
10 containers and inventoried.  If the Defendants from whom such
11 merchandise is seized do not move for relief in accordance with
12 this Order within thirty (30) days of said seizure, said
13 merchandise shall be delivered up to Plaintiff for destruction or
14 other disposition.

15     7.  Anyone interfering with the execution of this Order is
16 subject to arrest by law enforcement officials.

17     8.  Simultaneously with said seizure, or as soon thereafter
18 as is practical under the circumstances, each Defendant shall be
19 served with a copy of (i) this Order, including the notice in the
20 form of Exhibit 3 hereto, and (ii) a Summons and the Verified
21 Complaint in this action.

22     9.  Defendants shall cooperate with the Enforcement Officials
23 executing such seizure hereunder and shall provide the items sought
24 to be seized wherever such items are maintained.

25     10.  Defendants are hereby required to provide the persons
26 executing this Order with correct names, residential and business
27 addresses and telephone numbers.
28

1  11.  The bond in the amount of $50,000 previously deposited with the Clerk of this Court to secure payment of such costs and damages as may be incurred in enforcing the Temporary Restraining Order is hereby continued until final disposition of this matter or further order of this Court. An additional bond of $50,000 shall be deposited with the clerk of this Court on or before March 4, 2001, to secure payment of such costs and damages as may be incurred in enforcing this Preliminay Injunction and Order of Seizure.

12.  Any Defendant who is hereafter served with a copy of this Preliminary Injunction Order and Order of Seizure who objects to the provisions hereof may submit his or her objections to this Court or otherwise move for relief from this Court according to the Federal Rules of Civil Procedure, but no such objection shall serve to suspend this Order or stay the terms hereof unless otherwise ordered by this Court.

Dated: March 2, 2001

SO ORDERED

DICKRAN TEVRIZIAN
_____
United States District Judge
Central District of California

Prepared and Submitted,

Dated: March 2, 2001    By: _Michael L. Mallow_
Michael L. Mallow, Esq.
KIRKPATRICK & LOCKHART LLP
10100 Santa Monica Boulevard

- 15 -

PI-659844 v1 0226660-0101                                    RECYCLED PAPER



**EXHIBIT 1**

**EXHIBIT 1**

**XFL MARKS**

| Trademark | Serial Number | Filing Date | Class |
|---|---|---|---|
| AX | 76157646 | 11/01/00 | 9, 16, 25, 28 & 41 |
| AX (Stylized) | 76118399 | 08/23/00 | 9, 16, 25, 28 & 41 |
| Birmingham & "B" in Star Design | 76118532 | 08/23/00 | 9, 16, 25, 28 & 41 |
| Birmingham Bolts | 76118397 | 08/23/00 | 9, 16, 25, 28 & 41 |
| Birmingham Bolts in Star Design | 76118531 | 08/23/00 | 9, 16, 25, 28 & 41 |
| Birmingham Thunderbolts | 76118396 | 08/23/00 | 9, 16, 25, 28 & 41 |
| Bolts | 76157645 | 11/01/00 | 9, 16, 25, 28 & 41 |
| Bolts in Star Design (Birmingham Thunderbolts) | 76118533 | 08/23/00 | 9, 16, 25, 28 & 41 |
| Chaos | | 04/24/00 | 9, 16, 25, 28 & 41 |
| Chicago Enforcers (Team Name) | | 05/19/00 | 9, 16, 25, 28 & 41 |
| Chicago Enforcers in Banner Design | 76118545 | 08/23/00 | 9, 16, 25, 28 & 41 |
| Chicago Enforcers w/ Fist in Shield Design | 76118544 | 08/23/00 | 9, 16, 25, 28 & 41 |
| Crusaders | | 04/24/00 | 9, 16, 25, 28 & 41 |
| Demons | | 04/24/00 | 9, 16, 25, 28 & 41 |
| Empire | | 04/24/00 | 9, 16, 25, 28 & 41 |
| Enforcer | | 04/24/00 | 9, 16, 25, 28 & 41 |
| Enforcers | 76157648 | 11/01/00 | 9, 16, 25, 28 & 41 |
| First Logo (Chicago Enforcers) | | 11/01/00 | 9, 16, 25, 28 & 41 |
| Flaming Trident Design (San Francisco Demons) | 76118392 | 11/23/00 | 9, 16, 25, 28 & 41 |
| Football Will Never be the Same | 76183924 | 12/20/00 | 41 |
| Hit & Men Stylized "H" with NY & NJ | 76118539 | 11/23/00 | 9, 16, 25, 28 & 41 |
| Hitmen | | 04/24/00 | 9, 16, 25, 28 & 41 |
| Hitmen (Stylized) w/ New York/ New Jersey | 76118525 | 08/23/00 | 9, 16, 25, 28 & 41 |
| L A w/ "X" Design (Los Angeles Xtreme) | 76118541 | 08/23/00 | 9, 16, 25, 28 & 41 |
| L A w/ Sawblade Design (Los Angeles Xtreme) | 76118542 | 08/23/00 | 9, 16, 25, 28 & 41 |
| Las Vegas Outlaws (Team Name) | 76118395 | 08/23/00 | 9, 16, 25, 28 & 41 |
| Las Vegas Outlaws in Stylized Word Design (Old) | 76118548 | 08/23/00 | 9, 16, 25, 28 & 41 |
| Lazers | | 04/24/00 | 9, 16, 25, 28 & 41 |
| Los Angeles w/ "X" Treme Design | 76118543 | 08/23/00 | 9, 16, 25, 28 & 41 |
| Los Angeles Xtreme (Team Name) | | 05/19/00 | 9, 16, 25, 28 & 41 |
| Maniax | | 04/24/00 | 9, 16, 25, 28 & 41 |
| Maniax Head Design | 76118547 | 08/23/00 | 9, 16, 25, 28 & 41 |
| Memphis & Maniax in stylized Design | 76118394 | 08/23/00 | 9, 16, 25, 28 & 41 |
| Memphis Maniax (Team Name) | | 05/19/00 | 9, 16, 25, 28 & 41 |
| Memphis Maniax (Team Name) | 76089608 | 07/13/00 | 41 |

- 9 -

| Music Copyrights | | | |
|---|---|---|---|
| New York Chaos | | 05/19/00 | 9, 16, 25, 28 & 41 |
| New York / New Jersey Hitmen (Team Name) | 76157586 | 11/01/00 | 9, 16, 25, 28 & 41 |
| Orlando in Stylized Rage Design (Orlando Rage) | 76118540 | 08/23/00 | 9, 16, 25, 28 & 41 |
| Orlando Rage (Team Name) | 76118398 | 08/23/00 | 9, 16, 25, 28 & 41 |
| Outlaws | | | 9, 16, 25, 28 & 41 |
| Outlaws Skull w/ "LV" Design (New Logo) | 76157643 | 11/01/00 | 9, 16, 25, 28 & 41 |
| Outlaws Skull w/ "LV" Design (Old Logo) | 76145289 | 10/12/00 | 9, 16, 25, 28 & 41 |
| P.A.S.S. | 76149379 | 10/18/00 | 41 |
| Predators | | 04/24/00 | 9, 16, 25, 28 & 41 |
| Rage | 76157647 | 11/01/00 | 9,16,25,28 & 41 |
| Rage Head Logo (Orlando Rage) | 76118527 | 08/23/00 | 9,16,25,28 & 41 |
| Rock | | 04/24/00 | 9,16,25,28 & 41 |
| San Francisco Demons (Team Name) | | 05/19/00 | 9,16,25,28 & 41 |
| San Francisco Demons In Face Design | 76157641 | 11/01/00 | 9,16,25,28 & 41 |
| San Francisco Demons In Stylized Word Design | 76157642 | 11/01/00 | 9,16,25,28 & 41 |
| San Jose Demons (Old Team Name) | | 05/19/00 | 9,16,25,28 & 41 |
| San Jose Demons (Old Team Name) | 76089072 | 07/13/00 | 41 |
| San Jose Demons In Face Design (Old Team Name) | 76118549 | 08/23/00 | 9,16,25,28 & 41 |
| San Jose Demons In Stylized Word Design (Old) | 76118546 | 08/23/00 | 9,16,25,28 & 41 |
| SF Demons | 76128100 | 09/14/00 | 9,16,25,28 & 41 |
| Snake Eyes | | 04/24/00 | 9,16,25,28 & 41 |
| Stylized "B" In Star (Birmingham Thunderbolts) | 76118530 | 08/23/00 | 9,16,25,28 & 41 |
| Stylized "B" Logo (Birmingham Thunderbolts) | 76118529 | 08/23/00 | 9,16,25,28 & 41 |
| Stylized "C" Logo (Chicago Enforcers) | | 08/23/00 | 9,16,25,28 & 41 |
| Stylized "E" Logo (Chicago Enforcers) | 76143380 | 10/10/00 | 9,16,25,28 & 41 |
| Stylized "H" (NY/NJ Hitmen) | 76118485 | 08/23/00 | 9,16,25,28 & 41 |
| Stylized "H" In Head Design (NY/NJ Hitmen) | 76118526 | 08/23/00 | 9,16,25,28 & 41 |
| Stylized "LV" Design (Las Vegas Outlaws) (New) | | 10/12/00 | 9,16,25,28 & 41 |
| Stylized "LV" Logo (old Design Las Vegas Outlaws) | 76118393 | 08/23/00 | 9,16,25,28 & 41 |
| Stylized "R" (Orlando Rage) | 76118528 | 08/23/00 | 9,16,25,28 & 41 |
| The Big Game | 76137359 | 09/28/00 | 41 |
| The Big Game At The End | 76149916 | 10/19/00 | |
| The Big Game At The End Of The Season | 76137358 | 09/28/00 | 41 |
| Thunderbolts | 76157585 | 11/01/00 | 9,16,25,28 & 41 |

| | | | |
|---|---|---|---|
| Two-Dimensional XFL Football Logo (W/O XFL Logo) | 76122896 | 09/06/00 | 9,16,25,28 & 41 |
| Two Dimensional XFL Football Logo (With XFL Logo) | 76122897 | 09/06/00 | 9,16,25,28 & 41 |
| Vipers | | 04/24/00 | 9,16,25,28 & 41 |
| Warlords | | 04/24/00 | 9,16,25,28 & 41 |
| XFL (typed drawing) | 75925422 | 2/10/00 | 35 |
| XFL (Stylized) | | | 9,16,25,28 & 41 |
| XFL (Word) | 75906598 | 01/31/00 | 9,16,25,28 & 41 |
| XFL Football | | | 28 |
| XFL Football (Color) | 76120503 | 08/31/00 | 28 |
| XFL Football (Color) | 76120500 | 08/31/00 | 41 |
| XFL Football (No Color) | 76120502 | 08/31/00 | 28 |
| XFL Football (No Color) | 76120501 | 08/31/00 | 41 |
| XFL Football League Player Handbook | | | |
| XFL Stripe Deisgn | | | 9,16,25,28 & 41 |
| XFL Xtreme Football League | 75906361 | 01/31/00 | 9,16,25,28 & 41 |
| Xtreme | | 04/24/00 | 9,16,25,28 & 41 |
| Xtreme Football League | | | 9,16,25,28 & 41 |
| Xtreme Football Sweepstakes | 76109288 | 8/14/00 | 35 |

- 11 -



**EXHIBIT 2**

# EXHIBIT 2

## XFL 2001 GAME SCHEDULE

| DATE | CITY | VENUE | TEAMS |
|---|---|---|---|
| 03/03/01 | Rutherford, NJ | Giants Stadium | Los Angeles vs. New York/New Jersey |
| 03/03/01 | San Francisco, CA | Pacific Bell Park | Birmingham vs. San Francisco |
| 03/04/01 | Chicago, IL | Soldier Field | Las Vegas vs. Chicago |
| 03/04/01 | Memphis, TN | Liberty Bowl Memorial Stadium | Orlando vs. Memphis |
| 03/10/01 | Orlando, FL | Citrus Bowl | Las Vegas vs. Orlando |
| 03/10/01 | Memphis, TN | Liberty Bowl Memorial Stadium | Chicago vs. Memphis |
| 03/11/01 | San Francisco, CA | Pacific Bell Park | New York/New Jersey vs. San Francisco |
| 03/11/01 | Birmingham, AL | Legion Field | Los Angeles vs. Birmingham |
| 03/17/01 | Rutherford, NJ | Giants Stadium | Memphis vs. New York/New Jersey |
| 03/17/01 | Las Vegas, NV | Sam Boyd Stadium | Birmingham vs. Las Vegas |
| 03/18/01 | Los Angeles, CA | Los Angeles Coliseum | Orlando vs. Los Angeles |
| 03/18/01 | Chicago, IL | Soldier Field | San Francisco vs. Chicago |

| DATE | CITY | VENUE | TEAMS |
|---|---|---|---|
| 03/24/01 | Los Angeles, CA | Los Angeles Coliseum | Las Vegas<br>vs.<br>Los Angeles |
| 03/24/01 | San Francisco, CA | Pacific Bell Park | Memphis<br>vs.<br>San Francisco |
| 03/25/01 | Orlando, FL | Citrus Bowl | New York/New Jersey<br>vs.<br>Orlando |
| 03/25/01 | Chicago, IL | Soldier Field | Birmingham<br>vs.<br>Chicago |
| 03/31/01 | Rutherford, NJ | Giants Stadium | Chicago<br>vs.<br>New York/New Jersey |
| 03/31/01 | Birmingham, AL | Legion Field | Orlando<br>vs.<br>Birmingham |
| 04/01/01 | Memphis, TN | Liberty Bowl Memorial Stadium | Los Angeles<br>vs.<br>Memphis |
| 04/01/01 | Las Vegas, NV | Sam Boyd Stadium | San Francisco<br>vs.<br>Las Vegas |
| 04/07/01 | Chicago, IL | Soldier Field | Orlando<br>vs.<br>Chicago |
| 04/07/01 | Las Vegas, NV | Sam Boyd Stadium | Memphis<br>vs.<br>Las Vegas |
| 04/08/01 | Birmingham, AL | Legion Field | New York/New Jersey<br>vs.<br>Birmingham |
| 04/08/01 | Los Angeles, CA | Los Angeles Coliseum | San Francisco<br>vs.<br>Los Angeles |
| 04/15/01 | To Be Determined* | To Be Determined | To Be Determined |

* Playoff game.

| DATE | CITY | VENUE | TEAMS |
|------|------|-------|-------|
| 04/21/01 | To Be Determined** | To Be Determined | To Be Determined |

---

** Championship game.

**EXHIBIT 3**

EXHIBIT 3

## NOTICE

Your Property Has Been Seized By Court Order

The United States District Court for the Central District of California has ordered the seizure of goods bearing counterfeit marks which violate the rights of XFL, LLC.

Plaintiffs in this action seek an order of destruction of these counterfeit marked items.

You are a Defendant in this Lawsuit.

You can contest this Lawsuit by:

1.  identifying yourself. You will be issued a receipt specifying the number and kind of items seized;

2.  at the time and place specified in the attached order, appearing in Court and making any claim you wish; and

3.  obtaining a complete set of pleadings, motions and supporting papers in this lawsuit at no charge from Michael L. Mallow, Esq. Kirkpatrick & Lockhart LLP, 10100 Santa Monica Boulevard, Seventh Floor, Los Angeles, California  90067, (310) 552-5000 (telephone), (310) 552-5001 (facsimile).

In addition to attending the hearing, you must file and serve an answer to the Complaint within twenty (20) days.  YOU SHOULD CONSULT AN ATTORNEY.

FAILURE TO CONTEST THIS ACTION WILL RESULT IN FORFEITURE OF THE PROPERTY SEIZED AND COULD RESULT IN THE ENTRY OF A DEFAULT JUDGMENT PERMANENTLY ENJOINING YOU FROM SELLING MERCHANDISE THAT VIOLATES THE RIGHTS OF XFL, LLC.

- 15 -

PI-659844 v1 0226660-0101

RECYCLED PAPER