FILED
CLERK, U.S. DISTRICT COURT
MAY - 7 2001
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

1 │ Michael L. Mallow, SBN 188745
KIRKPATRICK & LOCKHART LLP
2 │ 10100 Santa Monica Boulevard
Seventh Floor
3 │ Los Angeles, CA  90067
(310) 552-5000
4 │ Fax:  (310) 552-5001

5 │ Jerry S. McDevitt
Mark A. Rush
6 │ Lucas G. Paglia
KIRKPATRICK & LOCKHART LLP
7 │ Henry W. Oliver Building
535 Smithfield Street
8 │ Pittsburgh, PA 15222-2312
(412) 355-8333
9 │ Fax:  (412) 355-6501

10 │ Attorneys for Plaintiff XFL, LLC

11 │
12 │                  **THIS CONSTITUTES NOTICE OF ENTRY**
                     **AS REQUIRED BY FRCP, RULE 77(d).**

13 │                 UNITED STATES DISTRICT COURT

14 │                 CENTRAL DISTRICT OF CALIFORNIA

15 │

16 │

17 │ XFL, LLC,                          │ Case No. 01-01534-DT (CTx)

18 │          Plaintiff,               │ [~~PROPOSED~~] ORDER

19 │     vs.

20 │ VARIOUS JOHN AND JANE DOES, AND
VARIOUS XYZ CORPORATIONS, and DOES
21 │ 1 through 10, inclusive,

22 │
          Defendants.
23 │

ENTERED
CLERK. U S DISTRICT COURT
MAY 10 2001
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

24 │

25 │

26 │     1.   The Order of Seizure is expired, and Plaintiff's

27 │ withdrawal of this action is acknowledged;

28 │

LA-18087 v1

____ Docketed
____ Copies / NTC Sent
____ JS - 5 / JS - 6
____ JS - 2 / JS - 3
____ CLSD

- 1 -

RECYCLED PAPER

1        2.    The two bonds in the amount of $50,000.00 previously

2    deposited by Plaintiff with the Clerk of Court are hereby

3    dismissed, released and canceled, and the Clerk is hereby DIRECTED

4    to release said bond to counsel for Plaintiff, Lucas G. Paglia,

5    Kirkpatrick & Lockhart LLP, 535 Smithfield Street, Pittsburgh, PA

6    15222; and

7        3.    This case is closed.

8

9    ENTERED: MAY 7 , 2001        BY THE COURT

10

11                               **DICKRAN TEVRIZIAN**

                                 United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23    cc: Fiscal Section

24

25

26

27

28

- 2 -

LA-18087 v1                                      RECYCLED PAPER